Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorney for Defendant Airgas, Inc.*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES KING, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AIRGAS, INC., a Delaware corporation; AIRGAS SAFETY, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 2:26-cv-02710-RFB-MDC<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED between Plaintiff Charles King ("Plaintiff") and Defendant Airgas, Inc. ("Defendant"), by and through their respective attorneys of record, hereby submit this proposed Stipulation and Order to extend the response deadline for Defendant to respond to Plaintiff's Complaint. The Parties agree that this Stipulation applies to both Defendants responses to Plaintiff's Complaint currently due October 1, 2026. The Parties have agreed to a seven (7) day extension of time up to and including October 8, 2026, in which for Defendants to respond to the Complaint. This is the Parties' first request for an extension of time.

/ / /

/ / /

/ / /

/ / /

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W Charleston Blvd
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 1st day of October, 2026.

GREENBERG GROSS LLP

*/s/ Matthew Hale*

Matthew T. Hale
Nevada Bar No. 16880
Eric K. Lundy
Nevada Bar No. 16921
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

DATED this 1st day of October, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Anthony L. Martin*

Anthony L. Martin
Nevada Bar No. 8177
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

*Attorney for Defendant Airgas, Inc.*

**ORDER**

IT IS SO ORDERED.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT JUDGE

October 2, 2026

DATE