Matthew T. Hale, Esq.
Nevada Bar No. 16880
Eric K. Lundy, Esq.
Nevada Bar No. 16921
GREENBERG GROSS LLP
1980 Festival Plaza Drive
Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*MHale@GGTrialLaw.com*
*ELundy@GGTrialLaw.com*

Attorneys for Plaintiff
CHARLES KING

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES KING, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AIRGAS, INC., a Delaware corporation; AIRGAS SAFETY, INC., a Delaware corporation,<br><br>Defendants. | Case No. 2:26-cv-02710-RFB-MDC<br><br>**STIPULATION AND ORDER TO STAY CASE AND PROCEED TO ARBITRATION** |

Plaintiff CHARLES KING ("Plaintiff") and Defendants AIRGAS, INC. and AIRGAS SAFETY, INC. (collectively, "Defendants"), by and through their respective counsel, hereby submit this Stipulation and Order to Stay Case and Proceed to Arbitration.

WHEREAS Plaintiff and Defendants stipulate and agree that pursuant to the terms of the Mutual Arbitration Agreement ("Arbitration Agreement") entered by the parties at the inception of Plaintiff's employment, this matter is subject to binding arbitration. Accordingly, it is hereby stipulated by and between the Parties and ORDERED as follows:

1. This action shall be stayed and submitted to binding and final arbitration according

to the terms of the Arbitration Agreement ;

2. Nothing in this Stipulation shall serve as a waiver of Plaintiff's claims or right to dispute the arbitration agreement; nor shall this Stipulation operate as a waiver of Defendants' defenses;

3. Each party shall bear its own fees and costs before the Court as of this date; and

4. The parties will notify this Court within 30 days of resolution of the arbitration proceeding and submit any necessary filing regarding the same to dismiss this matter.

Accordingly, the Parties ask the Court to stay this matter pending arbitration proceedings.

Dated: October 12, 2026

Respectfully submitted,

*/s/ Eric K. Lundy*
Matthew T. Hale, Esq.
Eric K. Lundy, Esq.
GREENBERG GROSS LLP

Attorneys for Plaintiff
CHARLES KING

Dated: October 12, 2026

Respectfully submitted,

*/s/ Anthony L. Martin*
Anthony L. Martin, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

Attorneys for Defendants
AIRGAS, INC. and AIRGAS SAFETY, INC.

**IT IS SO ORDERED.**

Dated: October 13, 2026



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE